UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For **Revocation** of Probation or Supervised Release) |
| V. | |
| RICHARD SILLIMAN | Case Number: 8:00-cr-453-T-30TGW USM Number: 39451-018 |
| | Howard Anderson, pda. Defendant's Attorney |

**THE DEFENDANT:**
__X__ admitted guilt to violation of charge number(s) ONE, TWO, THREE and FOUR of the terms of supervision.

| **Violation Charge Number** | **Nature of Violation** |
|---|---|
| ONE | Failure to submit written monthly reports in violation of Condition Two of the Standard Conditions of Supervised Release (Grade C Violation) |
| TWO | Failure to work regularly at a lawful occupation in violation of Condition Five of the Standard Conditions of Supervised Release (Grace C Violation) |
| THREE | The defendant admitted to using Xanax and Suboxen on July 26, 2008, in violation of Condition Seven of the Standard Conditions of Supervision (Grade C Violation) |
| THREE | Failure to make restitution in violation of the court's order, which requires him to make payments (Grade C Violation) |
| FOUR | Failure to notify probation office ten days prior to change of residence in violation of condition six of the standard conditions of supervision (Grade C Violation) |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

October 16, 2008
Date of Imposition of Judgment

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

16 Oct, 2008
Date

DEFENDANT: RICHARD SILLIMAN  Judgment - Page  2  of  4
CASE NUMBER: 8:00-cr-453-T-30TGW

## IMPRISONMENT

**The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ONE (1) DAY.**

__X__  The defendant shall surrender to the United States Marshal for this district:

The defendant shall serve his one day term of incarceration on 10/16/08 in the custody of the United States Marshal in the cell block located in the Sam M. Gibbons Courthouse and shall be released from custody on 10/16/08 after 5:00 p.m.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

| | | | |
|---|---|---|---|
| Defendant: | RICHARD SILLIMAN | Judgment - Page 3 of 4 | |
| CASE NUMBER: | 8:00-cr-453-T-30TGW | | |

## SUPERVISED RELEASE

**Upon release from imprisonment, the defendant shall be on supervised release for a term of SEVEN (7) MONTHS.**

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime. The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 104 tests per year.

X     The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

| | | |
|---|---|---|
| Defendant: | RICHARD SILLIMAN | Judgment - Page 4 of 4 |
| CASE NUMBER: | 8:00-cr-453-T-30TGW | |

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall also comply with the following additional conditions of supervised release:

X    Defendant shall reside at a Comprehensive Sanctions Center (CSC) for SIX (6) MONTHS. Defendant shall participate in the life skills program. Defendant shall participate in the Substance Abuse Education/Treatment Program, if determined necessary by the Center Program Review Team. While at the center, defendant shall contribute towards the cost of room and board, as directed by the center staff.

X    The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating himself for any major purchases without approval of the probation officer.

X    Defendant shall pay restitution in the amount of $310,173.29 at the rate of $150 per month.