# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release) |
| V. | Case Number: 8:00-cr-453-T-30TGW |
| RICHARD SILLIMAN | USM Number: 39451-018 |
| | Alec Hall, pda.<br>Defendant's Attorney |

**THE DEFENDANT:**

____X____  admitted guilt to violation of charge number(s) ONE, TWO, THREE and FOUR  of the term of supervision.

_____  was found in violation of charge number(s)_____ after denial of guilt.

| **Violation Charge Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| ONE | Positive urinalysis for OxyContin in violation of Condition Seven of the Standard Conditions of Supervision | December 23, 2008 |
| TWO | New criminal conduct, Fraudulent Urine Testing Practices, while on supervision, in violation of the conditions of supervision | December 23, 2008 |
| THREE | Failure to reside in a Comprehensive Sanctions Center (CSC) in violation of the Special Condition | December 30, 2008 |
| FOUR | Positive urinalysis for Opiates in violation of Condition Seven of the Standard Conditions of Supervision | January 6, 2009 |

The defendant is sentenced as provided in pages 2 through ____2____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s)_____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

March 17, 2009
Date of Imposition of Judgment

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

18 March 2009
Date

| | | |
|---|---|---|
| DEFENDANT: | RICHARD SILLIMAN | Judgment - Page __2__ of __2__ |
| CASE NUMBER: | 8:00-cr-453-T-30TGW | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of SIX (6) MONTHS.  The defendant shall be given credit for time served since his arrest on this case.

Upon service of the sentence herein, Defendant shall be discharged from further jurisdiction of the Court in this case.

_____ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

    ____ at _____ a.m.     p.m.     on _____.

    ____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ____ before 2 p.m. on _____.

    ____ as notified by the United States Marshal.

    ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ _____ at

_____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL